## MONSERRAT *v.* FOOTE, JUEZ DE DISTRITO.

SOLICITUD para que se expida mandamiento de *certiorari.*

No. 77.—Resuelto en junio 21, 1911.

INJUNCTION—ORDEN DECRETANDO EL ENTREDICHO Y PARA ALEGAR RAZONES (TO SHOW CAUSE)—INJUNCTION.—En este caso la corte inferior dictó una orden para que el demandado compareciera en determinado día para alegar razones por las cuales no debía concederse el *injunction* solicitado, y mientras tanto puso al demandado en entredicho. El Tribunal Supremo resolvió que como dicha orden decretando la comparecencia para mostrar causas y poniendo al demandado en entredicho, no resuelve ni decreta el *injunction,* y como la comparecencia de las partes estaba señalada para tres días antes que la subasta que se trataba de suspender, no aparece que el peticionario sufrió perjuicio alguno, siendo por lo tanto improcedente el recurso de *certiorari* interpuesto.

Los hechos están expresados en la opinión.

Abogado del peticionario: *Sr. Alfredo Arnaldo Sevilla.*

EL JUEZ ASOCIADO SR. ALDREY, emitió la opinión del tribunal.

Don Damián Monserrat Suro sigue ante la Corte de Distrito de Mayagüez un juicio por el procedimiento ejecutivo de la Ley Hipotecaria, contra The American Trading Co., para el cobro de un plazo de crédito hipotecario, en el que esta sociedad fué requerida de pago, y transcurrido el tiempo que se le concedió para hacerlo, se ordenó sacar a remate los bienes hipotecados, habiéndose anunciado la subasta para el día veinte y dos del presente mes.

Mientras tanto, The American Trading Co. ha presentado en la Corte de Distrito de Ponce, una demanda contra Don

Damián Monserrat Suro, en la que interesa se declaren nulos el embargo y anuncio de subasta obtenido por Monserrat en la Corte de Distrito de Mayagüez y que se cancele su hipoteca en garantía del pagaré número cinco, que es el crédito que tiene Monserrat sobre las fincas de The American Trading Co.

Al mismo tiempo que esa demanda, y alegando que los endosos del pagaré son nulos, que no tiene oportunidad de defender sus derechos si continúa el procedimiento hipotecario y por otras razones, pidió una orden de *injunction* preliminar, para que se prohibiera a Monserrat continuar su procedimiento, hasta nueva orden de la corte.

Esta, en doce de este mes, dictó una orden para que Monserrat compareciera el día diez y nueve, también de este mes, a mostrar causa por las que no deba concederse el *injunction* solicitado, y mientras tanto, puso al demandado en entredicho.

Contra esta orden es que Don Damián Monserrat Suro establece el presente recurso de *certiorari,* a fin de que se anule, fundándose para ello en los preceptos del artículo 175 del Reglamento para la ejecución de la Ley Hipotecaria.

La orden contra la que se interpone el recurso de *certiorari,* no resuelve ni decreta el *injunction;* y como la comparecencia de las partes está señalada para tres días antes que la subasta que se trata de suspender, en realidad, no aparece que hasta ahora sufra por ella perjuicio el peticionario, por lo que el recurso es improcedente.

Además, si después de la comparecencia la corte decreta el *injunction,* el peticionario tiene el derecho de apelar esa resolución.

Por estas razones, la petición debe desestimarse.

*Denegada la solicitud.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados MacLeary, Wolf y del Toro.